RECEIVED
Prisoner E-filing
08/01/23
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY KAW

23-cv-1023 Sec P

SCANNED at LSP and Emailed 8-1-23 by UB . 3 pages
date initials No.

RECEIVED
AUG 01 2023
Legal Programs Department

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

COMPLAINT
DOCKET NUMBER;

July 24, 2023

WESLEY S. RICKS, 499599
V.
STATE OF LOUISIANA
DEPARTMENT OF STATE
LOUISIANA NOTARY ASSOCIATION
OFFICE OF THE ATTORNEY GENERAL
MOREHOUSE PARISH JURY COMMISSION K/A. THE BOARD

THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C, SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES OF AMERICA. THE PLAINTIFF, WESLEY RICKS, 499599 IS IN CUSTODY OF THE STATE OF LOUISIANA AT LOUISIANA STATE PENITENTIARY IN ANGOLA, LOUISIANA 70712. AND HE WANTS TO PROCEED IN FORMA PAUPERIS.

STATEMENT OF FACTS

THE PLAINTIFF, WESLEY RICKS, 499599 ASSERTS THAT THE DECEDENT, WILLIAM HAYMAN K/A, WILLIAM V. HAYMAN K/A, WILLIAM L. HAYMAN. DATE OF BIRTH: AUGUST 31. 1910, DATE OF DEATH: AUGUST 18. 1994, WHITE MALE, SOCIAL SECURITY NUMBER: 9418, DIED OF A NATURAL DEATH WHEN HE WAS ONLY 81 IN THE STATE OF LOUISIANA. SEE: DOCUMENT.

FURTHER, THE DEFENDANTS ARE REQUIRED TO EXAMINE THE GENERAL VENIRE LIST AND TO DELETE THEREFROM THE NAMES OF THOSE PERSONS WHO ARE KNOWN TO HAVE DIED OR WHO HAVE BECOME DISQUALIFIED TO SERVE AS JURORS SINCE THEIR SELECTION ON THE GENERAL VENIRE. SEE: LA.C.CR.P. ART. 410.

THE PLAINTIFF CLAIMS THAT THE DECEDENT, WILLIAM HAYMAN COULD NOT HAVE PRESIDED OVER ANY HEARING FROM AUGUST 19, 1995 THROUGH JULY 24. 2023 BECAUSE WILLIAM HAYMAN DIED ON THE DATE OF AUGUST 18, 1994 THEREFORE THE DEFENDANTS DEPRIVED PLAINTIFF OF DUE-PROCESS RIGHTS TO A FAIR AND IMPARTIAL PRESIDING JUROR / DECESION-MAKER IN THE HEARINGS BY CAUSING THE IMPOSTOR, WILLIAM HAYMAN TO BE PRESENT WHILE THE GRAND JURY WAS DELIBERATING AND VOTING AT THE SESSIONS OF THE GRAND JURY FROM JANUARY 22. 2013 THROUGH JANUARY 24. 2013, IN THE STATE OF LOUISIANA.

# PRAYER FOR RELIEF

THE PLAINTIFF, WESLEY RICKS, 499599 WANTS THIS COURT TO ORDER THE DEFENDANTS TO EXPUNGE ALL RECORDS INDICATING THE DECEDENT, WILLIAM HAYMAN K/A, WILLIAM V. HAYMAN K/A, WILLIAM L. HAYMAN SERVED AS THE FOREMAN OF THE GRAND JURY FROM JANUARY 22, 2013 THROUGH JANUARY 24, 2013 IN THE STATE OF LOUISIANA, ADDITIONALLY, PLAINTIFF WANTS THIS COURT TO ORDER THE DEFENDANTS TO EXPUNGE ALL RECORDS THAT CLASSIFIES PLAINTIFF TO BE A SEX OFFENDER IN THE STATE OF LOUISIANA. PLAINTIFF ADDITIONALLY PRAYS FOR SUCH OTHER AND FURTHER RELIEF TO WHICH HE MAY SHOW HIMSELF TO BE JUSTLY ENTITLED.

July 24, 2023
DATE

RESPECTFULLY SUBMITTED,

[signature]

WESLEY S. RICKS, 499599
17544 TUNICA TRACE
ANGOLA, LA 70712
(PLAINTIFF)